UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0052

MEMORANDUM

TO:      Counsel of Record

FROM:    Judge Roger W. Titus

RE:      *Carlos Jose Trejo Ruiz v. United States of America*
         Criminal No. RWT-10-0472
         Civil No. RWT-15-1143

DATE:    April 22, 2015

* * * * * * * *

Please be advised that a hearing has been scheduled by separate Order for **July 28, 2015 at 9:30 a.m.** on Petitioner's Motion to Vacate or Correct Sentence (ECF No. 509). The parties will be allotted two (2) hours for total argument.

Please note, however, that Judge Titus may choose to decide this motion on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.

Judge Titus and his law clerks spend a considerable amount of time preparing for hearings in order to reach a fair and well-informed decision. The parties are advised that they must inform the Court **at least ten (10) days** prior to the scheduled hearing in the event that circumstances arise that may result in the need for a continuance, stay, or cancellation of the hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Roger W. Titus
United States District Judge